A-570-016
Remand Redetermination
Slip Op. 20-182
01/27/2015 – 07/31/2016
**Public Document**
E&C/OVII: TP

**FINAL RESULTS OF REDETERMINATION PURSUANT TO COURT ORDER**

***Qingdao Sentury Co., Ltd. v. United States***
**Court No. 18-00079, Slip Op. 20-182 (December 21, 2020)**

## I. SUMMARY

The U.S. Department of Commerce (Commerce) has prepared these second final results of redetermination pursuant to the remand order of the U.S. Court of International Trade (the Court) on December 21, 2020.[1] This litigation pertains to the first administrative review of the antidumping duty order covering certain passenger vehicles and light truck tires (passenger tires) from the People's Republic of China (China) and *Passenger Tires First Remand Redetermination*.[2] In *Passenger Tires Second Remand Order*,[3] the Court ordered Commerce to recalculate Qingdao Sentury's[4] export price without any adjustment for its irrecoverable value-added tax (VAT).[5] On January 29, 2021, the Court severed *Shandong Yongtai Group Co., Ltd. v. United States*, Ct. No. 18-00077, from the consolidated actions of *Qingdao Sentury Co., Ltd. v.*

---

[1] *See Shandong Yongtai Group Co., Ltd. v. United States*, Court No. 18-00077, Slip Op. 20-182, dated December 21, 2020. (*Passenger Tires Second Remand Order*).
[2] *See Certain Passenger Vehicle and Light Truck Tires from the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2015-2016*, 83 FR 11690 (March 16, 2018), accompanying Issues and Decision Memorandum (IDM) (*Final Results*); *see also Final Results of Redetermination Pursuant to Shandong Yongtai Group Co., Ltd. et al. v. United States*, Court No. 18-00077, Slip Op. 19-150 (November 27, 2019) (*Passenger Tires First Remand Redetermination*).
[3] *See Shandong Yongtai Group Co., Ltd. et al. v. United States,* Court No. 18-00077, Slip Op. 19-150, dated November 27, 2019.
[4] Qingdao Sentury Tire Co., Ltd.; Sentury Tire USA Inc., and Sentury (Hong Kong) Trading Co., Limited (collectively, Qingdao Sentury).
[5] *See Passenger Tires Second Remand Order* at 19.

*United States*, Ct. No. 18-00079, and *Pirelli Tyre Co., Ltd. v. United States*, Ct. No 18-00080, to avoid a delay in Shandong Yongtai's final relief.[6] Thus, the Court reconsolidated the remaining two actions into *Qingdao Sentury Co., Ltd. v. United States*, Ct. No. 18-00079, under which this second final remand redetermination is filed.[7]

At the direction of the Court, Commerce has removed the downward adjustment to Qingdao Sentury's export price accounting for its irrecoverable VAT from our final calculations. Consequently, Commerce has revised the dumping margin applicable to Qingdao Sentury and certain separate rate respondents.

## II. REMANDED ISSUE

### Irrecoverable VAT Deduction from Qingdao Sentury's Export Price

A. Background

In the *Final Results*, Commerce made a downward adjustment to the starting prices used to determine the export price of Qingdao Sentury's subject merchandise to account for Chinese VAT that was not rebated upon export of subject merchandise (*i.e.*, irrecoverable VAT).[8] Qingdao Sentury challenged this downward adjustment and, in *Passenger Tires First Remand Order*,[9] the Court granted relief to the plaintiff's claim, holding that record evidence failed to provide "a convincing explanation of how VAT, whether or not recoverable upon export, is properly the subject of a downward adjustment to U.S. price under {section 772(c)(2)(B) of the of the Tariff Act of 1930, as amended (Act)}."[10] The Court also determined that Commerce failed to explain how the information on the record showed that Qingdao Sentury was not

---

[6] *See Shandong Yongtai Group Co., Ltd. v. United States*, Court No. 18-00077, Slip. Op. 21-10, dated January 29, 2021.
[7] *Id.*
[8] *See Final Results* IDM at Comment 4.
[9] *See Shandong Yongtai Group Co., Ltd. et al. v. United States*, Court No. 18-00077, Slip Op. 19-150, dated November 27, 2019 (*Passenger Tires First Remand Order*).
[10] *Id.* at 17.

refunded eight percent of the value of the exports of subject merchandise.[11] Accordingly, the Court remanded to Commerce for additional explanation of Commerce's finding that VAT, whether or not recoverable upon export, is properly the subject of a downward adjustment to U.S. price under section 772(c)(2)(B) of the Act, and to "provide a detailed explanation of how Commerce applied the record to reach its conclusion that {Qingdao} Sentury was not refunded eight percent of the value of the exports of subject merchandise."[12]

In the *Passenger Tires First Remand Redetermination*, Commerce determined it would continue to make an eight percent downward adjustment for irrecoverable VAT.[13] Upon review of the *Passenger Tires First Remand Redetermination*, comments thereon, and the administrative record, the Court determined that Commerce misinterpreted the antidumping statute when it made this downward adjustment in calculating the export price of Qingdao Sentury's sales of subject merchandise.[14] The Court held that the VAT is not an export tax but a domestic tax "presumed to be included in the price of the subject merchandise and also the price of the foreign like product."[15] Thus, section 772(c)(2)(B) of the Act "does not permit any downward adjustments to the export price or the constructed export price for domestic VAT, as no such adjustment is necessary or appropriate to achieve tax-neutrality."[16] Moreover, the Court held that even assuming, *arguendo*, that the export tax provision is ambiguous, Commerce's interpretation of the statute is impermissible. Specifically, the Court found that the "fact that a domestic VAT incurred on materials used in producing tires in China might not be fully refunded by reason of exportation of the finished tire did not convert any unrefunded portion of such a tax

---

[11] *Id.*
[12] *Id.*
[13] *See Passenger Tires First Remand Redetermination*.
[14] *See Passenger Tires Second Remand Order* at 6.
[15] *Id.* at 6 and 12.
[16] *Id.* at 6.

from a domestic VAT into an export tax."[17] Accordingly, the Court concluded that the downward adjustment for VAT was unauthorized by the statute and resulted in the assignment of erroneous margins to Qingdao Sentury, and "instruct{ed} Commerce to eliminate the adjustments made for {Qingdao} Sentury's irrecoverable VAT in accordance with {its} opinion and to recalculate {Qingdao} Sentury's export price."[18]

B. Analysis

We respectfully disagree with the Court's decision in *Passenger Tires Second Remand Order* concerning the irrecoverable VAT adjustment used in Qingdao Sentury's weighted-average margin calculation, and are conducting this remand under respectful protest. Nevertheless, following the Court's explicit directive, we have excluded any downward adjustment for irrecoverable VAT that was applied to Qingdao Sentury.[19] Additionally, we have recalculated the separate rate applied to the separate rate respondents using, in part, Qingdao Sentury's revised rate.

## III. DRAFT RESULTS OF REDETERMINATION PURSUANT TO REMAND

Pursuant to the Court's remand order, for the *Passenger Tires Second Draft Remand*, Commerce recalculated Qingdao Sentury's rate with no downward adjustment for irrecoverable VAT. Accordingly, the revised weighted-average dumping margin for Qingdao Sentury is 2.26 percent[20] and the rate for certain separate rate respondents is 1.88 percent.[21]

---

[17] *Id.* at 10-12.
[18] *Id.* at 19.
[19] *See* Memorandum "Draft Results of Redetermination Pursuant to Second Remand of Certain Passenger Vehicle and Light Truck Tires from the People's Republic of China: Amended Analysis Memorandum for Qingdao Sentury Tire Co., Ltd.," dated January 15, 2021.
[20] *Id*.
[21] *See* Memorandum "Draft Results of Redetermination Pursuant to Second Remand of Certain Passenger Vehicle and Light Truck Tires from the People's Republic of China: Amended Final Calculation Memorandum for Separate Rate Companies," dated January 15, 2021.

| Exporter | *Final Results*: Weighted-Average Dumping Margin (Percent) | Second Draft Remand: Weighted-Average Dumping Margin (Percent) |
|---|---|---|
| Giti Tire Global Trading Pte. Ltd./Giti Tire (USA) Ltd./Giti Radial Tire (Anhui) Company Ltd./Giti Tire (Fujian) Company Ltd./Giti Tire (Hualin) Company Ltd./Giti Tire Greatwall Company, Ltd./ Giti Tire (Anhui) Company, Ltd./ Giti Tire (Yinchuan) Company, Ltd./ Giti Tire (Chongqing) Company, Ltd. | 1.50 | 1.50 |
| Qingdao Sentury Tire Co., Ltd./Sentury Tire USA Inc./Sentury (Hong Kong) Trading Co., Limited | 4.41 | 2.26 |
| Actyon Tyre Resources Co., Limited | 2.96 | 1.88 |
| Shandong Anchi Tyres Co., Ltd. | 2.96 | 1.88 |
| Briway Tire Co., Ltd. | 2.96 | 1.88 |
| Shandong Changfeng Tyres Co., Ltd. | 2.96 | 1.88 |
| Qingdao Crown Chemical Co., Ltd. | 2.96 | 1.88 |
| Crown International Corporation | 2.96 | 1.88 |
| Qingzhou Detai International Trading Co., Ltd. | 2.96 | 1.88 |
| Shandong Duratti Rubber Corporation Co. Ltd. | 2.96 | 1.88 |
| Shouguang Firemax Tyre Co., Ltd. | 2.96 | 1.88 |
| Fleming Limited | 2.96 | 1.88 |
| Qingdao Fullrun Tyre Corp., Ltd. | 2.96 | 1.88 |
| Qingdao Fullrun Tyre Tech Corp., Ltd. | 2.96 | 1.88 |
| Guangrao Taihua International Trade Co., Ltd. | 2.96 | 1.88 |
| Shandong Guofeng Rubber Plastics Co., Ltd. | 2.96 | 1.88 |
| Hankook Tire China Co., Ltd. | 2.96 | 1.88 |
| Haohua Orient International Trade Ltd. | 2.96 | 1.88 |
| Shandong Hengyu Science & Technology Co., Ltd. | 2.96 | 1.88 |
| Hongkong Tiancheng Investment & Trading Co., Limited | 2.96 | 1.88 |
| Hongtyre Group Co. | 2.96 | 1.88 |
| Jiangsu Hankook Tire Co., Ltd. | 2.96 | 1.88 |
| Jinyu International Holding Co., Limited | 2.96 | 1.88 |
| Qingdao Jinhaoyang International Co., Ltd. | 2.96 | 1.88 |
| Jilin Jixing Tire Co., Ltd. | 2.96 | 1.88 |
| Kenda Rubber (China) Co., Ltd. | 2.96 | 1.88 |
| Qingdao Keter International Co., Limited | 2.96 | 1.88 |
| Koryo International Industrial Limited | 2.96 | 1.88 |
| Kumho Tire Co., Inc. | 2.96 | 1.88 |
| Qingdao Lakesea Tyre Co., Ltd. | 2.96 | 1.88 |
| Liaoning Permanent Tyre Co., Ltd. | 2.96 | 1.88 |
| Shandong Longyue Rubber Co., Ltd. | 2.96 | 1.88 |

| | | |
|---|---|---|
| Macho Tire Corporation Limited | 2.96 | 1.88 |
| Maxon Int'l Co., Limited | 2.96 | 1.88 |
| Mayrun Tyre (Hong Kong) Limited | 2.96 | 1.88 |
| Qingdao Nama Industrial Co., Ltd. | 2.96 | 1.88 |
| Nankang (Zhangjiagang Free Trade Zone) Rubber Industrial Co., Ltd. | 2.96 | 1.88 |
| Shandong New Continent Tire Co., Ltd. | 2.96 | 1.88 |
| Qingdao Odyking Tyre Co., Ltd. | 2.96 | 1.88 |
| Prinx Chengshan (Shandong) Tire Co., Ltd. | 2.96 | 1.88 |
| Riversun Industry Limited | 2.96 | 1.88 |
| Roadclaw Tyre (Hong Kong) Limited | 2.96 | 1.88 |
| Safe & Well (HK) International Trading Limited | 2.96 | 1.88 |
| Sailun Jinyu Group Co., Ltd. | 2.96 | 1.88 |
| Sailun Jinyu Group (Hong Kong) Co., Limited | 2.96 | 1.88 |
| Shandong Jinyu Industrial Co., Ltd. | 2.96 | 1.88 |
| Sailun Tire International Corp. | 2.96 | 1.88 |
| Seatex International Inc. | 2.96 | 1.88 |
| Dynamic Tire Corp. | 2.96 | 1.88 |
| Husky Tire Corp. | 2.96 | 1.88 |
| Shandong Province Sanli Tire Manufactured Co., Ltd. | 2.96 | 1.88 |
| Shandong Linglong Tyre Co., Ltd. | 2.96 | 1.88 |
| Shandong Yonking Rubber Co., Ltd. | 2.96 | 1.88 |
| Shandong Shuangwang Rubber Co., Ltd. | 2.96 | 1.88 |
| Shengtai Group Co., Ltd. | 2.96 | 1.88 |
| Techking Tires Limited | 2.96 | 1.88 |
| Triangle Tyre Co., Ltd. | 2.96 | 1.88 |
| Tyrechamp Group Co., Limited | 2.96 | 1.88 |
| Shandong Wanda Boto Tyre Co., Ltd. | 2.96 | 1.88 |
| Windforce Tyre Co., Limited | 2.96 | 1.88 |
| Winrun Tyre Co., Ltd. | 2.96 | 1.88 |
| Shandong Yongtai Group Co., Ltd. | 2.96 | 1.88 |
| Weihai Zhongwei Rubber Co., Ltd. | 2.96 | 1.88 |
| Shandong Zhongyi Rubber Co., Ltd. | 2.96 | 1.88 |
| Zhaoqing Junhong Co., Ltd. | 2.96 | 1.88 |

## IV. COMMENTS ON DRAFT RESULTS OF REDETERMINATION

*Qingdao Sentury's Comments*[22]

- Commerce made a ministerial error in its revised VAT calculation for the draft results by re-setting the VAT tax type to "amount" (*i.e*. %LET VAT_TAX_TYPE=AMOUNT).
- By setting VAT_TAX_TYPE=AMOUNT (as Qingdao Sentury reported in the field VATTAXU in its U.S. sales database) in the SAS programming, Commerce is now deducting Qingdao Sentury's export prices per tire by an amount that it required Qingdao Sentury to report in this field.
- Commerce's revised SAS language inadvertently continues to deduct VAT from Qingdao Sentury's export prices which is inconsistent with Commerce's stated intent to follow the Court's directive to exclude any downward adjustment for irrecoverable VAT in calculating Qingdao Sentury's export prices.
- Commerce should change this section of the SAS programming to be "%LET VAT_TAX_TYPE=NONE" to be in accordance with the Court's opinion.

*Commerce's Position:* Commerce agrees with Qingdao Sentury that the SAS language for calculating VAT in the draft calculations was incorrect. As stated in our draft results, in accordance with this Court's remand opinion, Commerce intended to exclude any downward adjustment for irrecoverable VAT that was applied to Qingdao Sentury. Commerce is recalculating Qingdao Sentury's export price without any adjustment for its irrecoverable VAT, and we, therefore, are not including Qingdao Sentury's reported VAT payments in the revised

[22] *See* Qingdao Sentury's Letter, "Sentury Comments on Draft Remand Redetermination Pursuant to Court Order for the First Administrative Review of the Antidumping Duty Order on Certain Passenger Vehicle and Light Truck Tires from the People's Republic of China," dated February 4, 2021.

calculation. Thus, Commerce has corrected the SAS programming for these final remand results. Specifically, Commerce set the SAS language to be "%LET VAT_TAX_TYPE=NONE."[23]

## V. FINAL RESULTS OF REMAND REDETERMINATION

Pursuant to the Court's remand order, for the *Passenger Tires Second Final Remand*, Commerce recalculated Qingdao Sentury's rate excluding any downward adjustment for irrecoverable VAT. Accordingly, the revised weighted-average dumping margin for Qingdao Sentury is 1.27 percent[24] and the rate for certain separate rate respondents is 1.45 percent.[25]

| **Exporter** | ***Final Results*: Weighted-Average Dumping Margin (Percent)** | **Second Final Remand: Weighted-Average Dumping Margin (Percent)** |
|---|---|---|
| Giti Tire Global Trading Pte. Ltd./Giti Tire (USA) Ltd./Giti Radial Tire (Anhui) Company Ltd./Giti Tire (Fujian) Company Ltd./Giti Tire (Hualin) Company Ltd./Giti Tire Greatwall Company, Ltd./ Giti Tire (Anhui) Company, Ltd./ Giti Tire (Yinchuan) Company, Ltd./ Giti Tire (Chongqing) Company, Ltd. | 1.50 | 1.50 |
| Qingdao Sentury Tire Co., Ltd./Sentury Tire USA Inc./Sentury (Hong Kong) Trading Co., Limited | 4.41 | 1.27 |
| Actyon Tyre Resources Co., Limited | 2.96 | 1.45 |
| Shandong Anchi Tyres Co., Ltd. | 2.96 | 1.45 |
| Briway Tire Co., Ltd. | 2.96 | 1.45 |
| Shandong Changfeng Tyres Co., Ltd. | 2.96 | 1.45 |
| Qingdao Crown Chemical Co., Ltd. | 2.96 | 1.45 |
| Crown International Corporation | 2.96 | 1.45 |
| Qingzhou Detai International Trading Co., Ltd. | 2.96 | 1.45 |
| Shandong Duratti Rubber Corporation Co. Ltd. | 2.96 | 1.45 |
| Shouguang Firemax Tyre Co., Ltd. | 2.96 | 1.45 |
| Fleming Limited | 2.96 | 1.45 |

[23] *Id*. at 3.
[24] *See* Memorandum, "Final Results of Redetermination Pursuant to Second Remand of Certain Passenger Vehicle and Light Truck Tires from the People's Republic of China: Amended Analysis Memorandum for Qingdao Sentury Tire Co., Ltd.," dated concurrently with this Second Final Remand Redetermination.
[25] *See* Memorandum, "Analysis Memorandum for the Second Final Remand Redetermination of Certain Passenger Vehicle and Light Truck Tires from the People's Republic of China: Separate Rate Companies," dated concurrently with this Second Final Remand Redetermination.

| | | |
|---|---|---|
| Qingdao Fullrun Tyre Corp., Ltd. | 2.96 | 1.45 |
| Qingdao Fullrun Tyre Tech Corp., Ltd. | 2.96 | 1.45 |
| Guangrao Taihua International Trade Co., Ltd. | 2.96 | 1.45 |
| Shandong Guofeng Rubber Plastics Co., Ltd. | 2.96 | 1.45 |
| Hankook Tire China Co., Ltd. | 2.96 | 1.45 |
| Haohua Orient International Trade Ltd. | 2.96 | 1.45 |
| Shandong Hengyu Science & Technology Co., Ltd. | 2.96 | 1.45 |
| Hongkong Tiancheng Investment & Trading Co., Limited | 2.96 | 1.45 |
| Hongtyre Group Co. | 2.96 | 1.45 |
| Jiangsu Hankook Tire Co., Ltd. | 2.96 | 1.45 |
| Jinyu International Holding Co., Limited | 2.96 | 1.45 |
| Qingdao Jinhaoyang International Co., Ltd. | 2.96 | 1.45 |
| Jilin Jixing Tire Co., Ltd. | 2.96 | 1.45 |
| Kenda Rubber (China) Co., Ltd. | 2.96 | 1.45 |
| Qingdao Keter International Co., Limited | 2.96 | 1.45 |
| Koryo International Industrial Limited | 2.96 | 1.45 |
| Kumho Tire Co., Inc. | 2.96 | 1.45 |
| Qingdao Lakesea Tyre Co., Ltd. | 2.96 | 1.45 |
| Liaoning Permanent Tyre Co., Ltd. | 2.96 | 1.45 |
| Shandong Longyue Rubber Co., Ltd. | 2.96 | 1.45 |
| Macho Tire Corporation Limited | 2.96 | 1.45 |
| Maxon Int’l Co., Limited | 2.96 | 1.45 |
| Mayrun Tyre (Hong Kong) Limited | 2.96 | 1.45 |
| Qingdao Nama Industrial Co., Ltd. | 2.96 | 1.45 |
| Nankang (Zhangjiagang Free Trade Zone) Rubber Industrial Co., Ltd. | 2.96 | 1.45 |
| Shandong New Continent Tire Co., Ltd. | 2.96 | 1.45 |
| Qingdao Odyking Tyre Co., Ltd. | 2.96 | 1.45 |
| Prinx Chengshan (Shandong) Tire Co., Ltd. | 2.96 | 1.45 |
| Riversun Industry Limited | 2.96 | 1.45 |
| Roadclaw Tyre (Hong Kong) Limited | 2.96 | 1.45 |
| Safe & Well (HK) International Trading Limited | 2.96 | 1.45 |
| Sailun Jinyu Group Co., Ltd. | 2.96 | 1.45 |
| Sailun Jinyu Group (Hong Kong) Co., Limited | 2.96 | 1.45 |
| Shandong Jinyu Industrial Co., Ltd. | 2.96 | 1.45 |
| Sailun Tire International Corp. | 2.96 | 1.45 |
| Seatex International Inc. | 2.96 | 1.45 |
| Dynamic Tire Corp. | 2.96 | 1.45 |
| Husky Tire Corp. | 2.96 | 1.45 |
| Shandong Province Sanli Tire Manufactured Co., Ltd. | 2.96 | 1.45 |
| Shandong Linglong Tyre Co., Ltd. | 2.96 | 1.45 |
| Shandong Yonking Rubber Co., Ltd. | 2.96 | 1.45 |
| Shandong Shuangwang Rubber Co., Ltd. | 2.96 | 1.45 |
| Shengtai Group Co., Ltd. | 2.96 | 1.45 |
| Techking Tires Limited | 2.96 | 1.45 |

| | | |
|---|---|---|
| Triangle Tyre Co., Ltd. | 2.96 | 1.45 |
| Tyrechamp Group Co., Limited | 2.96 | 1.45 |
| Shandong Wanda Boto Tyre Co., Ltd. | 2.96 | 1.45 |
| Windforce Tyre Co., Limited | 2.96 | 1.45 |
| Winrun Tyre Co., Ltd. | 2.96 | 1.45 |
| Shandong Yongtai Group Co., Ltd. | 2.96 | 1.45 |
| Weihai Zhongwei Rubber Co., Ltd. | 2.96 | 1.45 |
| Shandong Zhongyi Rubber Co., Ltd. | 2.96 | 1.45 |
| Zhaoqing Junhong Co., Ltd. | 2.96 | 1.45 |

2/17/2021

X

Signed by: CHRISTIAN MARSH

__________________________

Christian Marsh
Acting Assistant Secretary
for Enforcement and Compliance