UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES

```
─────────────────────────────────────────x
                                         :
QINGDAO SENTURY TIRE CO., LTD.,          :
SENTURY TIRE USA INC., and SENTURY       :
(HONG KONG) TRADING CO.,                 :
LIMITED,                                 :
                                         :
        Plaintiffs,                      :
                                         :
        and                              :
                                         :
PIRELLI TYRE CO., LTD., PIRELLI TYRE     :
S.P.A., and PIRELLI TIRE LLC,            :   Consol. Court No. 18-00079
                                         :
        Consolidated Plaintiffs,         :
                                         :
        v.                               :
                                         :
UNITED STATES,                           :
                                         :
        Defendant.                       :
                                         :
─────────────────────────────────────────x
```

## SENTURY'S COMMENTS IN SUPPORT OF THE SECOND REMAND RESULTS

On behalf of Plaintiffs Qingdao Sentury Tire Co., Ltd., Qingdao Sentury Tire Co., Ltd., Sentury (Hong Kong) Trading Co., Limited, and Sentury Tire USA Inc. (collectively, "Sentury"), we hereby submit these comments in support of the Final Results of Second Redetermination ("Second Remand Results"), filed by the U.S. Department of Commerce ("Commerce") on February 19, 2021, ECF 21. Sentury supports Commerce's redetermination to calculate Sentury's antidumping duty margin without making an adjustment to export price for irrecoverable value added tax ("VAT"). Second Remand Results at 2-10. This Commerce action complies with the express instruction of this Court, and – for the reasons identified by this Court when directing remand on the VAT issue – is supported by substantial evidence and otherwise in

accordance with law. *Shandong Yongtai Grp. Co. v. United States*, 487 F. Supp. 3d 1335, 1340-44, 1348 (CIT 2020). Sentury therefore respectfully requests that the Court issue an order sustaining Commerce's Second Remand Results.

> Respectfully submitted,
>
> GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP
>
> */s/ Jordan C. Kahn*\_\_\_\_\_
> Ned H. Marshak
> Dharmendra N. Choudhary
> Jordan C. Kahn
>
> GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP
> 1201 New York Ave., NW, Suite 650
> Washington, DC 20005
> (202) 783-6881
>
> *Attorneys for Plaintiffs Qingdao Sentury Tire Co., Ltd., Sentury (Hong Kong) Trading Co., Limited, and Sentury Tire USA Inc.*

Dated: May 7, 2021

# CERTIFICATE OF COMPLIANCE

  Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this filing complies with the word limitation requirement.  The word count for Sentury's Comments Supporting the Second Remand Results, as computed by Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP's word processing system Microsoft Word 2007, is 163 words, within the 10,000 word limit

/s/ Jordan C. Kahn
Jordan C. Kahn

*Counsel for Plaintiffs Qingdao Sentury Tire Co., Ltd., Sentury (Hong Kong) Trading Co., Limited, and Sentury Tire USA Inc.*

Dated: May 7, 2021