UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| QINGDAO SENTURY TIRE CO., LTD., SENTURY TIRE USA INC., SENTURY (HONG KONG) TRADING CO., LIMITED,<br><br>　　Plaintiffs,<br><br>and<br><br>PIRELLI TYRE CO., LTD., PIRELLI TYRE S.P.A., and PIRELLI TIRE LLC,<br><br>　　Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>　　Defendant. | Before: Jennifer Choe-Groves, Judge<br><br>Consol. Court No. 18-00079 |

## AMENDED ORDER

Before the court is Consolidated Plaintiffs' Motion for Oral Argument, ECF No. 27 ("Consolidated Plaintiffs' Motion"). The court previously granted Consolidated Plaintiffs' Motion, see Order, ECF No. 28, but the court has decided that it will cancel the oral argument in this action scheduled for Tuesday, June 29, 2021 at 1:00 PM. The court will now decide the case based on the briefs submitted by the Parties.

Upon consideration of Consolidated Plaintiffs' Motion and all other papers and proceedings in this action, it is hereby

**ORDERED** that Order, ECF No. 28, is amended by this Amended Order; and it is further

**ORDERED** that Consolidated Plaintiffs' Motion is denied.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer Choe-Groves    
　　　　　　　　　　　　　　　　　　　　　　　　　　Jennifer Choe-Groves, Judge

Dated:    June 21, 2021    
　　　　　New York, New York