## UNITED STATES OF COURT OF INTERNATIONAL TRADE

*Before:* **The Honorable Jennifer Choe-Groves, Judge**

| | |
|---|---|
| **Qingdao Sentury Tire Co., Ltd., Sentury Tire USA Inc., Sentury (Hong Kong)Trading Co., Limited,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| **and** ) ) | |
| **Pirelli Tyre Co., Ltd., Pirelli Tyre S.p.A., and Pirelli Tire LLC,** ) ) ) | **Consol. Court No. 18-00079** |
| **Consolidated Plaintiffs,** ) ) | |
| **v.** ) ) | |
| **United States** ) ) | |
| **Defendant.** ) | |

## PLAINTIFFS' COMMENTS IN SUPPORT OF REMAND REDETERMINATION RESULTS

Pursuant to the Court's remand order dated September 24, 2021, ECF 30; the Court's order dated November 12, 2021 amending the schedule order, ECF No. 32, and the Department of Commerce's ("Commerce") Remand Results filed on December 3, 2021, ECF No. 34, ("Third Remand Results") we submit these comments in support of the Third Remand Results on behalf of Consolidated Plaintiffs, Pirelli Tyre Co., Ltd., Pirelli Tyre S.p.A., and Pirelli Tire LLC ("Pirelli").

We start by noting that, although the Court granted all parties to the proceeding the opportunity to submit comments in opposition to the Third Remand Results by January 28, 2022, no party opposed the Third Remand Results by the specified deadline.

In its opinion Slip. Op. 21-128, the Court directed Commerce to determine whether Pirelli was wholly foreign-owned or located in a market economy prior to the Chem China acquisition; whether a separate rate analysis should be conducted for the period from January 2015 to October 2015; whether the presumption of Chinese governmental control applies to Pirelli prior to Chem China's acquisition; and if so, whether there was de jure or de facto Chinese governmental control over Pirelli before Chem China's acquisition. *Qingdao Sentury Tire Co., Ltd. et al v. United States*, Consol. Court No. 18-00079, Slip. Op. 21-128 (CIT Sep. 24, 2021) at 13.  ECF 30.

In its remand investigation, the Department followed the Court's instructions and undertook a separate rate analysis for Pirelli for the period January 2015 to October 2015. To that end, the Department issued a Supplemental Questionnaire to Pirelli dated November 1, 2021, containing multiple questions concerning Pirelli's shareholders and ownership, managers, board of directors, price negotiation arrangements, distribution of profits and affiliation. 2nd Remand P.R. 2. ECF 35.  Pirelli submitted all the information requested by the Department in its Response to the Supplemental Questionnaire Response dated November 9, 2021. 2nd Remand C.R. 1-9, P.R. 5-7.  ECF 35.

In its Third Remand Results, Commerce rendered the conclusion that "Pirelli Tyre Co. has rebutted the presumption of de jure and de facto Chinese government control for the period at issue . . {and therefore} Pirelli Tyre Co. is eligible for a separate rate during the period at issue." Commerce assigned a separate rate to Pirelli for the period between January and October

2015 of 1.45 percent. ECF 34 at 11. Pirelli finds that Commerce's Third Remand Results accurately reflect the information submitted by Pirelli during the remand proceeding, and that the conclusion rendered by Commerce is supported by substantive evidence and in accordance with the law.  Pirelli also agrees with the new separate rate set forth in the Third Remand Results. ECF 34.

Commerce's Third Remand Results were not issued under protest (ECF 34), and as mentioned above no party has submitted comments in opposition to the Third Remand Results by the deadline established by Court's order of November 12, 2021.  ECF 32.

In light of the foregoing, it is Plaintiff's position that Commerce's Third Remand Results comply with the Court's remand order dated September 24, 2021, ECF No. 30. Accordingly, we respectfully request that this Court sustains Commerce's Third Remand Results.

Respectfully submitted,

/s/ Daniel L. Porter

Daniel L. Porter
Ana M. Amador Gil
**Curtis, Mallet-Prevost, Colt & Mosle, LLP**
1717 Pennsylvania Ave., NW
Washington, DC 20006
(202) 452-7340
dporter@curtis.com

Dated: February 16, 2022