# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| QINGDAO SENTURY TIRE CO., LTD., SENTURY TIRE USA INC., SENTURY (HONG KONG) TRADING CO., LIMITED, <br><br>        Plaintiffs, <br><br>and <br><br>PIRELLI TYRE CO., LTD., PIRELLI TYRE S.P.A., AND PIRELLI TIRE LLC, <br><br>        Consolidated Plaintiffs, <br><br>        v. <br><br>UNITED STATES, <br><br>        Defendant. | Consol. Court No. 18-00079 |

## DEFENDANT'S COMMENTS IN SUPPORT OF THE REMAND RESULTS

Defendant, the United States, respectfully requests that this Court sustain the United States Department of Commerce's third remand results and enter judgment in favor of the United States. *See* Final Results of Third Remand Redetermination (December 3, 2021), ECF Nos. 33, 34. Commerce has fully complied with the Court's remand order in this case. *See* Order, ECF No. 30.

In the Remand Order, the Court directed Commerce to reconsider Pirelli's separate rate status during the period of review from January 2015 to October 2015. *Qingdao Sentury Tire Co. Ltd. et al. v. United States*, Consol. No. 18-00079, Slip Op. 21-128 (Ct. Int'l Trade 2021); ECF No. 30 at 15.

In the remand investigation, Commerce followed the Court's instructions and undertook a separate rate analysis for Pirelli for the period of January 2015 to October 2015. Commerce issued a Supplemental Questionnaire to Pirelli on November 1, 2021, and Pirelli submitted the information requested by Commerce. *See* ECF No. 35. Using that information, Commerce determined that "Pirelli Tyre Co. has rebutted the presumption of de jure and de facto Chinese government control for the period at issue . . . {and thus} Pirelli Tyre Co. is eligible for a separate rate during the period at issue." ECF No. 34 at 11. Commerce assigned Pirelli a separate for the period between January and October 2015.

The Court permitted any party to file comments in opposition to the third remand results, ECF No. 32, and no party filed comments opposing the remand results. Indeed, the only parties to comment, consolidated plaintiffs Pirelli Tyre Co., Ltd., Pirelli Tire LLC, and Pirelli Tyre S.p.A., urged the Court to sustain the remand results. The consolidated plaintiffs explained that the "third remand results comply with the Court's remand order" and requested that the Court "sustain Commerce's Third Remand Results." Plaintiffs' Comments on Remand Results at 3, ECF No. 36.

For these reasons, we respectfully request that the Court sustain Commerce's remand results and enter final judgment in favor of the United States.

                                             Respectfully submitted,

                                             BRYAN M. BOYNTON
                                             Principal Deputy Assistant Attorney General

                                             PATRICIA M. MCCARTHY
                                             Director

|  |  |
|---|---|
|  | /s/ Claudia Burke |
|  | CLAUDIA BURKE |
|  | Assistant Director |
| OF COUNSEL: | /s/ Ashley Akers |
| Ayat Mujais | ASHLEY AKERS |
| Attorney | Trial Attorney |
| U.S. Department of Commerce | U.S. Department of Justice |
| Office of the Chief Counsel For Trade | Civil Division |
|    Enforcement and Compliance | Commercial Litigation Branch |
| 1401 Constitution Avenue, NW | P.O. Box 480 |
| Washington, D.C. 20230 | Ben Franklin Station |
| Tel: (202) 482-4750 | Washington D.C. 20044 |
| Email:  ayat.mujais@trade.gov | Tel: (202) 307-0369 |
|  | Fax: (202) 514-7965 |
|  | Email: Ashley.akers@usdoj.gov |
| February 25, 2022 | Attorneys for Defendant |

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| QINGDAO SENTURY TIRE CO., LTD., SENTURY TIRE USA INC., SENTURY (HONG KONG) TRADING CO., LIMITED, <br><br> Plaintiffs, <br><br> and <br><br> PIRELLI TYRE CO., LTD., PIRELLI TYRE S.P.A., AND PIRELLI TIRE LLC, <br><br> Consolidated Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Consol. Court No. 18-00079 |

## ORDER

Upon consideration of the remand results filed by the United States Department of Commerce, it is hereby ORDERED, that:

The Department of Commerce's remand results are SUSTAINED; and it is further ordered that judgment is entered on behalf of the Defendant, the United States.

Dated: _____, 2022          _____
                                                                                    JUDGE